**Order entered October 7, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00076-CR

**RONNIE BUSH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-75228-R**

## ORDER

Before the Court is the State's October 3, 2019 second motion for extension of time to file its brief. The State has tendered its brief with the motion. We **GRANT** the motion and **ORDER** the State's brief filed as of the date of this order.

/s/    LANA MYERS
        JUSTICE